B1 (Official Form 1)(12/11)

| **United States Bankruptcy Court** **Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Koper, Robert Paul** | Name of Joint Debtor (Spouse) (Last, First, Middle): **Koper, Roseanna Mary** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **AKA Bob Koper** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): **AKA Bunny Koper** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **xxx-xx-6594** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **xxx-xx-4686** |
| Street Address of Debtor (No. and Street, City, and State): **403 Belmont Lane** **Bartlett, IL**      ZIP Code **60103** | Street Address of Joint Debtor (No. and Street, City, and State): **403 Belmont Lane** **Bartlett, IL**      ZIP Code **60103** |
| County of Residence or of the Principal Place of Business: **DuPage** | County of Residence or of the Principal Place of Business: **DuPage** |
| Mailing Address of Debtor (if different from street address):     ZIP Code | Mailing Address of Joint Debtor (if different from street address):     ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor** (Form of Organization) (Check one box) | **Nature of Business** (Check one box) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* <br> ☐ Corporation (includes LLC and LLP) <br> ☐ Partnership <br> ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business <br> ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B) <br> ☐ Railroad <br> ☐ Stockbroker <br> ☐ Commodity Broker <br> ☐ Clearing Bank <br> ☐ Other | ■ Chapter 7    ☐ Chapter 15 Petition for Recognition <br> ☐ Chapter 9      of a Foreign Main Proceeding <br> ☐ Chapter 11 <br> ☐ Chapter 12   ☐ Chapter 15 Petition for Recognition <br> ☐ Chapter 13    of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors** | **Tax-Exempt Entity** (Check box, if applicable) | **Nature of Debts** (Check one box) |
|---|---|---|
| Country of debtor's center of main interests: <br><br> Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached <br><br> ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. <br><br> ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box: <br> ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). <br> ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). <br> Check if: <br> ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).* <br> Check all applicable boxes: <br> ☐ A plan is being filed with this petition. <br> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**       THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                                      Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Koper, Robert Paul**<br>**Koper, Roseanna Mary** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X   /s/ A Joseph Field                    November 14, 2012**<br>Signature of Attorney for Debtor(s)            (Date)<br>**A Joseph Field 0793442** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Koper, Robert Paul** |
| | **Koper, Roseanna Mary** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Robert Paul Koper**

Signature of Debtor **Robert Paul Koper**

**X** **/s/ Roseanna Mary Koper**

Signature of Joint Debtor **Roseanna Mary Koper**

Telephone Number (If not represented by attorney)

**November 14, 2012**

Date

### Signature of Attorney*

**X** **/s/ A Joseph Field**

Signature of Attorney for Debtor(s)

**A Joseph Field 0793442**

Printed Name of Attorney for Debtor(s)

**A Joseph Field & Associates**

Firm Name

**4425 S. Harlem Ave**
**Stickney, IL 60402**

Address

**Email: ajosephfield@aol.com**
**708-749-2668 Fax: 708-749-7688**

Telephone Number

**November 14, 2012**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**

Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Robert Paul Koper**
       **Roseanna Mary Koper**

                            Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Robert Paul Koper**
_____
                       **Robert Paul Koper**

Date:   **November 14, 2012**
_____

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Robert Paul Koper**
**Roseanna Mary Koper**

Debtor(s)

Case No. _____

Chapter  **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Roseanna Mary Koper**
                            **Roseanna Mary Koper**

Date:   **November 14, 2012**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Robert Paul Koper,**    Case No. _____
   **Roseanna Mary Koper**

_____ ,    Chapter _____ **7**
   Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 12,175.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,398,756.91 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 22,120.47 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 30 | | 2,767,052.65 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 3,362.66 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,698.32 |
| Total Number of Sheets of ALL Schedules | | 43 | | | |
| Total Assets | | | 12,175.00 | | |
| Total Liabilities | | | | 4,187,930.03 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Robert Paul Koper,**
       **Roseanna Mary Koper**

Case No. _____

                                Debtors

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 22,120.47 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 121,490.81 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 143,611.28 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,362.66 |
| Average Expenses (from Schedule J, Line 18) | 6,698.32 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,362.66 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 22,120.47 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 2,767,052.65 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 2,767,052.65 |

B6A (Official Form 6A) (12/07)

In re   **Robert Paul Koper,**                                        Case No. _____
        **Roseanna Mary Koper**
_____,
                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence: 2 story 4 bedroom, frame house**<br>**Location: 403 Belmont Lane Bartlett, IL 60103** | | J | Unknown | 0.00 |

|  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **0.00** | |
|  | (Report also on Summary of Schedules) | | |

<u>  0  </u>  continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                         Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Robert Paul Koper,**
         **Roseanna Mary Koper**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account: Harris Bank Personal Checking Location: BMO Harris Bank 130 W. Devon Wood Dale, IL  60191 | J | 50.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Bed Set, Dine Set, LR Couch,Lazy boy chair,2 End tables, 2-book shelves, Grand father clock,2-tv's, den hide-a-bed, 2-easy chairs,coffee table, record player-radio 2 twin beds, Roll Top desk dishes, pots and pans, eating utensils, kitchen table-4 chairs, 1-small tv basement | J | 3,125.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Bible, paper backs, Family photos, 75- 331/3 records, 6-78rpm records, 50-45rpm records. | J | 100.00 |
| 6. Wearing apparel. | | Husband & Wife clothes assorted | J | 500.00 |
| 7. Furs and jewelry. | | Imitation Rabbit cloak, Wedding ring, Diamond ring, Gold cross and chain | J | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >    **4,775.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re      **Robert Paul Koper,**                                              Case No. _____
           **Roseanna Mary Koper**

_____,
                                          Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >                     **0.00**
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robert Paul Koper,**
       **Roseanna Mary Koper**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Auto: 2007 Chevrolet Impala** | J | 7,400.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >     **7,400.00**
(Total of this page)

Total >     **12,175.00**

Sheet   __2__   of   __2__   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re     **Robert Paul Koper,**
         **Roseanna Mary Koper**                      Case No. _____

_____,
                      Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                               $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                    *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account: Harris Bank Personal Checking** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Location: BMO Harris Bank** | | | |
| **130 W. Devon** | | | |
| **Wood Dale, IL  60191** | | | |
| **Household Goods and Furnishings** | | | |
| **Bed Set, Dine Set, LR Couch,Lazy boy chair,2** | **735 ILCS 5/12-1001(b)** | **3,125.00** | **3,125.00** |
| **End tables, 2-book shelves,** | | | |
| **Grand father clock,2-tv's, den hide-a-bed,** | | | |
| **2-easy chairs,coffee table, record player-radio** | | | |
| **2 twin beds, Roll Top desk dishes, pots and** | | | |
| **pans, eating utensils, kitchen table-4 chairs,** | | | |
| **1-small tv basement** | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Bible, paper backs, Family photos, 75- 331/3** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **records, 6-78rpm records, 50-45rpm records.** | | | |
| **Wearing Apparel** | | | |
| **Husband & Wife clothes assorted** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Furs and Jewelry** | | | |
| **Imitation Rabbit cloak, Wedding ring, Diamond** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **ring, Gold cross and chain** | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **Auto: 2007 Chevrolet Impala** | **735 ILCS 5/12-1001(c)** | **4,100.00** | **7,400.00** |
| | Total: | **8,875.00** | **12,175.00** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                             Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Robert Paul Koper,**
**Roseanna Mary Koper,**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxx7147 | | | 12/20/2010 | | | | | |
| **Creditor #: 1**<br>**Ally Financial**<br>PO Box 380901<br>Bloomington, MN 55438 | | J | **Car Loan**<br><br>**Auto: 2007 Chevrolet Impala**<br>**Location: 403 Belmont Lane Bartlett, IL 60103** | | | | | |
| | | | Value $          **7,400.00** | | | | **3,900.00** | **0.00** |
| Account No. xxxxxxxxxxxx/ xxxxxxx5659 | | | Opened  8/01/05 Last Active 6/30/11 | | | | | |
| **Creditor #: 2**<br>**American Home Mtg Srv**<br>**Ahmsi / Attention: Bankruptcy**<br>Po Box 631730<br>Irving, TX 75063 | | J | **ConventionalRealEstateMortgage** | | | | | |
| | | | Value $          **Unknown** | | | | **315,583.00** | **Unknown** |
| Account No. xxxxx1598 | | | Opened  8/01/05 Last Active 6/13/12 | | | | | |
| **Creditor #: 3**<br>**Citimortgage Inc**<br>Po Box 9438,dept 0251<br>Gaithersburg, MD 20898 | | J | **RealEstateMortgageWithoutOtherCollateral 2nd** | | | | | |
| | | | Value $          **Unknown** | | | | **73,141.00** | **Unknown** |
| Account No. xx-xx-x6488 | | | 1st Mortgage | | | | | |
| **Creditor #: 4**<br>**First Midwest Bk & Bayview Servicer**<br>PO Box 740<br>Decatur, IL 62525 | | J | **Warehouse/Assembly** | | | | | |
| | | | Value $          **Unknown** | | | | **1,006,132.91** | **Unknown** |

__0__    continuation sheets attached

Subtotal
(Total of this page)    **1,398,756.91**    **0.00**

Total
(Report on Summary of Schedules)    **1,398,756.91**    **0.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re **Robert Paul Koper,**
      **Roseanna Mary Koper**

Case No. _____

_____,
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Robert Paul Koper,**
        **Roseanna Mary Koper**

Case No. _____

                                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx6594** | | | **2009** | | | | | | |
| **Creditor #: 1**<br>**IRS**<br>**P.O. Box 9013**<br>**Holtsville, NY 11742** | | **J** | | | | | | **0.00** | |
| | | | | | | | **22,120.47** | | **22,120.47** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **0.00**<br>**22,120.47** | **22,120.47** |
| Total<br>(Report on Summary of Schedules) | **0.00**<br>**22,120.47** | **22,120.47** |

B6F (Official Form 6F) (12/07)

In re    **Robert Paul Koper,**
**Roseanna Mary Koper,**
_____
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **PayMaster** <br><br> **Creditor #: 1** <br> **ADT Security Systems** <br> **PO Box 96175** <br> **Las Vegas, NV 89193** | | J | Trade debt | | | | 2,550.15 |
| Account No. **PayMaster** <br><br> **Creditor #: 2** <br> **Advance Screw Products** <br> **5160 W. Homer St.** <br> **Chicago, IL 60639-4417** | | J | Trade debt | | | | 9,843.28 |
| Account No. **xxxxxxxxxxxx0017** <br><br> **Creditor #: 3** <br> **Advanta Bk** <br> **Welsh and McKean Roads** <br> **Po Box 844** <br> **Spring House, PA 19477** | | H | Opened 6/01/01 Last Active 6/27/10 ChargeAccount | | | | 23,443.00 |
| Account No. **xxxx-xxxx-xxxx-0009** <br><br> **Creditor #: 4** <br> **Advanta Business Card** <br> **PO Box 30715** <br> **Salt Lake City, UT 84130-0715** | | H | Charge Card | | | | 23,178.00 |
| | | | Subtotal <br> (Total of this page) | | | | 59,014.43 |

__29__  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert Paul Koper,**
　　　**Roseanna Mary Koper**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx xxdman**<br><br>**Creditor #: 5**<br>**Alarm Detection Systems**<br>**1111 Church Road**<br>**Aurora, IL 60505** | | J | Trade debt | | | | 187.14 |
| Account No. **xxxxx xxdman**<br><br>**Creditor #: 6**<br>**All Control**<br>**1644 Cambridge Dr**<br>**Elgin, IL 60123** | | J | Trade debt | | | | 138.00 |
| Account No. **xxxxxxx7147**<br><br>**Creditor #: 7**<br>**Ally Financial**<br>**200 Renaissance Ctr**<br>**Detroit, MI 48243** | | J | Opened 12/01/06  Last Active  8/26/12<br>Automobile | | | | 3,594.00 |
| Account No. **xxxx-xxxxx-x1003**<br><br>**Creditor #: 8**<br>**American Express**<br>**Suite 0002**<br>**Chicago, IL 60679-0002** | | H | Charge Card | | | | 13,364.21 |
| Account No. **xxxx-xxxxx-x1003**<br><br>**Creditor #: 9**<br>**American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-0001** | | H | Charge Card | | | | 23,430.94 |

Sheet no. __1__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40,714.29

　　　　　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert Paul Koper,**                                                    Case No. _____
          **Roseanna Mary Koper**

                                                                        ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx2083 | | | Opened 3/01/97 Last Active 2/13/06 CreditCard | | | | |
| Creditor #: 10 American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | H | | | | | 23,430.00 |
| Account No. xxxxxxxxxxxx8613 | | | Opened 3/01/99 Last Active 2/13/06 CreditCard | | | | |
| Creditor #: 11 American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | H | | | | | 12,784.00 |
| Account No. xx xxxx xxdman | | | | | | | |
| Creditor #: 12 Arc-Tronics, Inc 1150 Pagni Dr Elk Grove Village, IL 60007 | | J | | | | | 6,861.60 |
| Account No. PayMaster | | | | | | | |
| Creditor #: 13 Armalas Sales, Inc 2600 S. 25th Ave Ste N Broadview, IL 60155 | | J | | | | | 19,811.33 |
| Account No. xxx3729 | | | 01 Hsbc Consumer Lending Usa In | | | | |
| Creditor #: 14 Atlantic Crd Po Box 13386 Roanoke, VA 24033 | | H | | | | | 17,725.00 |

Sheet no. __2__ of __29__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)        **80,611.93**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert Paul Koper,**
      **Roseanna Mary Koper**
                                   ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx # xxx-xxx-9375** | | | | | | | | |
| Creditor #: 15<br>ATT<br>PO Box 5080<br>Carol Stream, IL 60197 | | | J | | | | | 224.58 |
| Account No. **xxxx # xxx-xxx-9377** | | | | | | | | |
| Creditor #: 16<br>ATT<br>PO Box 5080<br>Carol Stream, IL 60197 | | | J | | | | | 581.10 |
| Account No. **xxxx x xxx-xxx-xxxx xxdman** | | | | | | | | |
| Creditor #: 17<br>ATT<br>PO Box 8100<br>Aurora, IL 60507 | | | J | | | | | Unknown |
| Account No. **xxx-xxx-xxxx-xxx xxdman** | | | | | | | | |
| Creditor #: 18<br>ATT GA<br>PO Box 105068<br>Atlanta, GA 30348 | | | J | | | | | 144.18 |
| Account No. **xxx-xxx-xxx1 815** | | | | | | | | |
| Creditor #: 19<br>ATT IP Flex<br>PO Box 5019<br>Carol Stream, IL 60197 | | | J | | | | | 3,030.23 |

Sheet no. __3__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,980.09

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Paul Koper,**
       **Roseanna Mary Koper**

Case No. _____

_____,
                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Hedman** | | | | | | | |
| **Creditor #: 20** **Automecha Manufacturing** **48 S. Canal** **Oxford, NY 13830** | | J | | | | | 3,079.22 |
| Account No. **Paymaster** | | | | | | | |
| **Creditor #: 21** **Autonamic Corporation** **7806 Industrial Court** **Spring Grove, IL 60081** | | J | | | | | 3,003.75 |
| Account No. **Hedman** | | | | | | | |
| **Creditor #: 22** **Avaya Customer Care Ctr** **14400 Hertz Quail Spring Pkwy** **Oklahoma City, OK 73134** | | J | | | | | 8,477.22 |
| Account No. **xxxxxxx xxdman** | | | | | | | |
| **Creditor #: 23** **Avaya Financial Services** **PO Box 550599** **Jacksonville, FL 32255** | | J | | | | | 6,048.86 |
| Account No. **xxxxx xxxxxster** | | | | | | | |
| **Creditor #: 24** **Badger Precision Spring, Inc** **PO Box 368** **Genoa City, WI 53128** | | J | | | | | 1,050.00 |

Sheet no. __4__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,659.05

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Paul Koper,**
        **Roseanna Mary Koper**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxxx-xxxx-xx  x. xoper**<br><br>**Creditor #: 25**<br>**Bank of America**<br>**PO Box 851001**<br>**Dallas, TX 75285-1001** | | W | **Other Card** | | | | **18,154.21** |
| Account No. **xxxxxxxxxx1937**<br><br>**Creditor #: 26**<br>**Bank Of America**<br>**Po Box 982235**<br>**El Paso, TX 79998** | | H | **Opened 1/01/08 Last Active 10/30/10**<br>**CheckCreditOrLineOfCredit** | | | | **57,784.00** |
| Account No. **xxxxxxxxxxx6226**<br><br>**Creditor #: 27**<br>**Bank Of America**<br>**Attn: Bankruptcy NC4-105-0314**<br>**Po Box 26012**<br>**Greensboro, NC 27410** | | H | **Opened 8/02/05 Last Active 4/26/11**<br>**BusinessCreditCard** | | | | **18,154.21** |
| Account No. **xxxxxxxxxxxxx2313**<br><br>**Creditor #: 28**<br>**Bank of America**<br>**PO Box 982235**<br>**El Paso, TX 79998** | | J | | | | | **6,687.00** |
| Account No. **xxxx0083**<br><br>**Creditor #: 29**<br>**Bank Of America, N.a.**<br>**450 American St**<br>**Simi Valley, CA 93065** | | J | **Opened 2/01/04 Last Active 7/01/04**<br>**CreditLineSecured** | | | | **0.00** |

Sheet no. __5__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**100,779.42**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Paul Koper,**
     **Roseanna Mary Koper**
                                   ,
                        Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3394** | | | | | | | |
| **Creditor #: 30**<br>**Bearing Distributors, Inc**<br>**170 Elliott St**<br>**Hartford, CT 06114** | | J | | | | | 341.80 |
| Account No. **xxxx-xxxx-xxxx-8761** | | | Date Opened: 01/1/1974 Last Used: 04/1/2011 Other Card | | | | |
| **Creditor #: 31**<br>**BP**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | | W | | | | | 1,491.58 |
| Account No. **PayMaster- Hedman- Koper** | | | | | | | |
| **Creditor #: 32**<br>**Brady Stewart Studio**<br>**495 Highview Rd**<br>**Pittsburgh, PA 15228** | | J | | | | | 750.00 |
| Account No. **PayMaster** | | | | | | | |
| **Creditor #: 33**<br>**Bridgestone Precision Mach Componen**<br>**41 E. Century Dr**<br>**Wheeling, IL 60090** | | J | | | | | 18,960.80 |
| Account No. **xxxxxx xxxxxster** | | | | | | | |
| **Creditor #: 34**<br>**Brown, Kaplan, & Liss, LLP**<br>**500 Davis St**<br>**Ste 502**<br>**Evanston, IL 60201** | | J | | | | | 725.00 |

Sheet no. __6__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,269.18

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert Paul Koper,**                                    Case No. _____
          **Roseanna Mary Koper**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx- xxxxxster** <br><br> **Creditor #: 35** <br> **Buhrke Industries LLC** <br> **511 W. Algonquin Rd** <br> **Arlington Heights, IL 60005** | | J | | | | | 985.42 |
| Account No. **xxxx-xxxx-xxxx-0988** <br><br> **Creditor #: 36** <br> **Capital One Visa** <br> **PO Box 30285** <br> **Salt Lake City, UT 84130-0285** | | H | Credit Card | | | | 11,187.45 |
| Account No. **xxxxxxxxxxx8590** <br><br> **Creditor #: 37** <br> **Capital One, N.a.** <br> **Capital One Bank (USA) N.A.** <br> **Po Box 30285** <br> **Salt Lake City, UT 84130** | | H | Opened 6/01/05 Last Active 1/13/12 <br> CheckCreditOrLineOfCredit | | | | 27,413.00 |
| Account No. **xxxxxxxxxxx9419** <br><br> **Creditor #: 38** <br> **Capital One, N.a.** <br> **Capital One Bank (USA) N.A.** <br> **Po Box 30285** <br> **Salt Lake City, UT 84130** | | J | Opened 2/01/96 Last Active 12/20/10 <br> CreditCard | | | | 9,675.00 |
| Account No. **xxxxxxxxxxx8775** <br><br> **Creditor #: 39** <br> **Capital One, N.a.** <br> **Capital One Bank (USA) N.A.** <br> **Po Box 30285** <br> **Salt Lake City, UT 84130** | | H | Opened 10/01/03 Last Active 2/09/12 <br> ChargeAccount | | | | 6,552.00 |

Sheet no. __7__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          55,812.87

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert Paul Koper,**
        **Roseanna Mary Koper**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx-xxdman** | | | | | | | |
| **Creditor #: 40**<br>**Carlton-Bates Company**<br>**1400 N. Michael Dr**<br>**Ste A**<br>**Wood Dale, IL 60191** | | J | | | | | 221.00 |
| Account No. **xxxx-xxxx-xxxx-7081** | | | Store Card | | | | |
| **Creditor #: 41**<br>**Carson's  HSBC Retail Services**<br>**PO Box 5893**<br>**Carol Stream, IL 60197-5893** | | H | | | | | 444.25 |
| Account No. **PayMaster** | | | | | | | |
| **Creditor #: 42**<br>**CDS Office Technologies**<br>**PO Box 3566**<br>**Springfield, IL 62708** | | J | | | | | 168.00 |
| Account No. **xxxxxxxxxxx8609** | | | Opened  8/01/07  Last Active  1/18/11<br>CreditCard | | | | |
| **Creditor #: 43**<br>**Chase**<br>**P.o. Box 15298**<br>**Wilmington, DE 19850** | | H | | | | | 4,766.00 |
| Account No. **xxxxxxxxxxx2614** | | | Opened  4/01/02  Last Active  11/04/10<br>CreditCard | | | | |
| **Creditor #: 44**<br>**Chase Mht Bk**<br>**Attention: Bankruptcy**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | H | | | | | 12,270.00 |

Sheet no. __8___ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,869.25

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert Paul Koper,**
      **Roseanna Mary Koper**

Case No. _____

                                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0083**<br>**Creditor #: 45**<br>**Chase Mht Bk**<br>**Attn: Bankruptcy**<br>**Po Box 15145**<br>**Wilmington, DE 19850** | | H | **Opened 1/01/99 Last Active 7/01/04**<br>**CreditCard** | | | | **0.00** |
| Account No. **xxxxxxxxxxx8761**<br>**Creditor #: 46**<br>**Chase- Bp**<br>**225 Chastain Meadows Court**<br>**Kennesaw, GA 30144** | | W | **Opened 8/01/74 Last Active 3/09/11**<br>**ChargeAccount** | | | | **1,491.00** |
| Account No. **xxxxxxxxxxxxxxxxx0331**<br>**Creditor #: 47**<br>**Chela/Sallie Mae**<br>**Attn: Claims Department**<br>**Po Box 9500**<br>**Wilkes-Barre, PA 18773** | | W | **Opened 3/01/06 Last Active 8/17/12**<br>**Educational** | | | | **91,639.00** |
| Account No. **xxxxxx-xxxxxster**<br>**Creditor #: 48**<br>**chgo Rivet & Machine Co**<br>**PO Box 3061**<br>**Naperville, IL 60566** | | J | | | | | **455.00** |
| Account No. **PayMaster**<br>**Creditor #: 49**<br>**CIT Tech & Finan Services, INC**<br>**21146 Network Place**<br>**Chicago, IL 60673** | | J | | | | | **825.36** |

Sheet no. __9__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**94,410.36**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert Paul Koper,**
      **Roseanna Mary Koper**

Case No. _____

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx xxxxxster** | | | | | | | |
| Creditor #: 50<br>Com Ed<br>PO Box 6112<br>Chicago, IL 60668 | | J | | | | | 21,332.28 |
| Account No. **xxxxxxxxxx xxdman** | | | | | | | |
| Creditor #: 51<br>Com ED<br>PO Box 6111<br>Carol Stream, IL 60197 | | J | | | | | 1,445.64 |
| Account No. **xxxxx- xxdman** | | | | | | | |
| Creditor #: 52<br>Consolidated Electronic Wire<br>11044 King St<br>Franklin Park, IL 60131 | | J | | | | | 600.00 |
| Account No. **Hedman** | | | | | | | |
| Creditor #: 53<br>David B. Markham<br>818 Casey Lane<br>Hampshire, IL 60140 | | J | | | | | 3,450.00 |
| Account No. **Hedman** | | | | | | | |
| Creditor #: 54<br>Day International Inc<br>PO Box 338<br>Dayton, OH 45401 | | J | | | | | 20,334.82 |

Sheet no. __10__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

47,162.74

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert Paul Koper,**
         **Roseanna Mary Koper**

Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx- xxdman** | | | | | | | |
| **Creditor #: 55** De Lage Landen Finan Services Inc 1111 Old Eagle School Rd Wayne, PA 19087 | | J | | | | | 7,947.94 |
| Account No. **xxxxxxxxxxxx5178** | | | Opened 11/01/89 Last Active  3/16/11 CreditCard | | | | |
| **Creditor #: 56** Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | W | | | | | 18,051.00 |
| Account No. **PayMaster** | | | | | | | |
| **Creditor #: 57** DNW Enterprises, Inc 540 Frontage Rd STE 2035 Winnetka, IL 60093 | | J | | | | | 162.30 |
| Account No. **xxxxx-xxxxxster** | | | | | | | |
| **Creditor #: 58** Edmonds Inc 626 Executive Dr Willowbrook, IL 60527 | | J | | | | | 214.48 |
| Account No. **PayMaster** | | | | | | | |
| **Creditor #: 59** Elyse Sacco 636 S. Peebles Rd Palatine, IL 60067 | | J | | | | | 46,500.00 |

Sheet no. __11__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

72,875.72

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Paul Koper,**
       **Roseanna Mary Koper**

Case No. _____

                                                    ,
                                 Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1320** | | | | | | | |
| **Creditor #: 60**<br>**Ernst Reiner GMBH & CO**<br>**Postfach 1351**<br>**Furtwangen, Germany** | | J | | | | | 3,860.55 |
| Account No. **xxxxxxxxxxxxx2634** | | | **Opened 3/01/86 Last Active 2/14/11**<br>**CreditCard** | | | | |
| **Creditor #: 61**<br>**Exxmblciti**<br>**Attn.: Centralized Bankruptcy**<br>**Po Box 20507**<br>**Kansas City, MO 64195** | | J | | | | | 2,120.00 |
| Account No. **xxxx-xxxx-x=xxxxxster** | | | | | | | |
| **Creditor #: 62**<br>**Federal Express**<br>**PO Box 94515**<br>**Palatine, IL 60094** | | J | | | | | 925.67 |
| Account No. **xxxxxxxxx- xxdman** | | | | | | | |
| **Creditor #: 63**<br>**Federal Express**<br>**PO Box 94515**<br>**Palatine, IL 60094** | | J | | | | | 11,894.75 |
| Account No. **xxxx-xxxx-xxxx-4709** | | | **Credit Card** | | | | |
| **Creditor #: 64**<br>**FIA Visa Card Services**<br>**PO Box 982235**<br>**El Paso, TX 79998-2235** | | H | | | | | 6,687.23 |

Sheet no. __**12**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,488.20

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Paul Koper,**
       **Roseanna Mary Koper**

Case No. _____

_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **PayMaster & RPK** | | | | | | | | |
| Creditor #: 65<br>**Frank Sacco**<br>**636 S. Peebles Rd**<br>**Palatine, IL 60067** | | J | | | | | | 790,511.99 |
| Account No. **PayMaster** | | | | | | | | |
| Creditor #: 66<br>**Gates Washer & Mfg Co**<br>**5211 N. Otto Ave**<br>**Chicago, IL 60656** | | J | | | | | | 456.00 |
| Account No. **xxxxxxxxxxxx2739** | | | | | | | | |
| Creditor #: 67<br>**GECRB/ Proff Bureau of Maryland**<br>**PO Box 628**<br>**Elk Grove**<br>**Elk Grove, CA 95759** | | J | | | | | | 24,999.54 |
| Account No. **Hedman** | | | | | | | | |
| Creditor #: 68<br>**GEI Graphics**<br>**691 Country Club Dr**<br>**Bensenville, IL 60106** | | J | | | | | | 1,146.60 |
| Account No. **PayMaster** | | | | | | | | |
| Creditor #: 69<br>**Gene G Gopon**<br>**30 Scott Loop**<br>**Highland Park, IL 60035** | | J | | | | | | 40,074.90 |

Sheet no. __**13**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

857,189.03

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Paul Koper,**
        **Roseanna Mary Koper**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Paymaster** | | | | | | | |
| **Creditor #: 70**<br>**Gilbert Spring Corp**<br>**2301 N. Know Ave**<br>**Chicago, IL 60639** | | J | | | | | 3,447.75 |
| Account No. **xxxxxx xxxx xxxxxster** | | | | | | | |
| **Creditor #: 71**<br>**Glenwood Tool & Mold, Inc**<br>**1251 Humbracht Circle**<br>**Unit D**<br>**Bartlett, IL 60103** | | J | | | | | 1,580.00 |
| Account No. **xxxxx-xxdman** | | | | | | | |
| **Creditor #: 72**<br>**Groot Industries, Inc**<br>**PO Box 92317**<br>**Elk Grove Village, IL 60009** | | J | | | | | 284.85 |
| Account No. **xxx1643** | | | | | | | |
| **Creditor #: 73**<br>**Hank Smith - Southern Heritage**<br>**4385 Ocoee**<br>**Cleveland, TN 37312** | | J | | | | | 525,418.86 |
| Account No. **Hedman** | | | | | | | |
| **Creditor #: 74**<br>**Hansen Corp**<br>**901 S. First St**<br>**Princeton, IN 47670** | | J | | | | | 3,341.88 |

Sheet no. __14__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

534,073.34

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert Paul Koper,**
 **Roseanna Mary Koper**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxxxxx-x00-99** | | | | | | | |
| **Creditor #: 75**<br>**Harris Bank Mt Prospect Foreclosure**<br>**PO Box 2880**<br>**Chicago, IL 60690** | | J | | | | | 7,081.11 |
| Account No. **xxxxxx0783** | | | | | | | |
| **Creditor #: 76**<br>**Harris Bank Naples FL**<br>**777 S. Glagler Dr**<br>**Key West, FL 33041** | | J | | | | | 370.86 |
| Account No. **xxxx-xxxx-xxxx-4038** | | | Credit Card | | | | |
| **Creditor #: 77**<br>**HSBC Mastercard**<br>**PO Box 80084**<br>**Salinas, CA 93912-0084** | | H | | | | | 437.36 |
| Account No. **xxx # xxxx-4553** | | | | | | | |
| **Creditor #: 78**<br>**IL Dept of Revenue**<br>**Retailers Occupation Tax**<br>**Springfield, IL 62796-0001** | | J | | | | | 537.00 |
| Account No. **xxx970-1** | | | | | | | |
| **Creditor #: 79**<br>**International Spring Co**<br>**7901 N Nagle**<br>**Morton Grove, IL 60053** | | J | | | | | 439.14 |

Sheet no. __15__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,865.47

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert Paul Koper,**
    **Roseanna Mary Koper**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxx-xX1-01** | | | | Store Card | | | | |
| **Creditor #: 80** **JC Penney/GE Money Bank** **Attn: Bankruptcy Department** **PO Box 103104** **Roswell, GA 30076** | | J | | | | | | 1,419.91 |
| Account No. **xxxxx-xxdman** | | | | | | | | |
| **Creditor #: 81** **Jet Finishers** **75 Bond St** **Elk Grove Village, IL 60007** | | J | | | | | | 341.85 |
| Account No. **2944** | | | | | | | | |
| **Creditor #: 82** **Komar Screw Corp** **7790 N. Merrimac** **Niles, IL 60714** | | J | | | | | | 280.00 |
| Account No. **xxx3825** | | | | | | | | |
| **Creditor #: 83** **Konica Minolta bus Solutions** **500 Day Hill Rd** **Windsor, CT 06095** | | J | | | | | | 750.00 |
| Account No. **xxx- xxxxxster** | | | | | | | | |
| **Creditor #: 84** **LD Redmer Screw Products** **515 Thomas Dr** **Bensenville, IL 60106** | | J | | | | | | 2,980.04 |

Sheet no. __16__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,771.80

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert Paul Koper,**                                       Case No. _____

       **Roseanna Mary Koper**

                                                        ,

                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Hedman** | | | | | | | | |
| **Creditor #: 85**<br>**Logical Products, Inc**<br>**2383 N. Delany Rd**<br>**Waukegan, IL 60087** | | J | | | | | | 17,287.05 |
| Account No. **Hedman** | | | | | | | | |
| **Creditor #: 86**<br>**LW Tool & Screw Machine Products**<br>**2535 United Lane**<br>**Elk Grove Village, IL 60007** | | J | | | | | | 1,090.15 |
| Account No. **xxxxxx- xxxxxster** | | | | | | | | |
| **Creditor #: 87**<br>**Martin Leasing**<br>**PO Box 13604**<br>**Philadelphia, PA 19101** | | J | | | | | | 8,000.00 |
| Account No. **xxxxxxx- xxxxxster** | | | | | | | | |
| **Creditor #: 88**<br>**McMaster Carr Supply Co**<br>**600 County Line Rd**<br>**Elmhurst, IL 60126** | | J | | | | | | 578.04 |
| Account No. **xxxxxxxxxxxxxxx xxxxxx&xoper** | | | | | | | | |
| **Creditor #: 89**<br>**Merchant Services**<br>**6789 Quail Hill Pkwy**<br>**Irvine, CA 92603** | | J | | | | | | 897.61 |

Sheet no. __17__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)         27,852.85

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Paul Koper,**
       **Roseanna Mary Koper**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx  xxx & xxxxxster** | | | | | | | |
| **Creditor #: 90**<br>**Merrill Lynch Credit Corp**<br>**PO Box 5459**<br>**Mount Laurel, NJ 08054** | | J | | | | | 10,464.46 |
| Account No. **xxxxxx5481** | | | | | | | |
| **Creditor #: 91**<br>**Merrill Lynch Credit Corp**<br>**PO Box 5459**<br>**Mount Laurel, NJ 08054** | | J | | | | | 150,000.00 |
| Account No. **xxxxx5797** | | | Opened  5/01/12<br>FactoringCompanyAccount Ge Money Bank | | | | |
| **Creditor #: 92**<br>**Midland Funding**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA 92123** | | H | | | | | 1,440.00 |
| Account No. **Koper/ Paymaster** | | | | | | | |
| **Creditor #: 93**<br>**Mr.Hank Smith**<br>**4385 Ocoee**<br>**Confidential**<br>**Cleveland, TN 37312** | | J | | | | | 200,000.00 |
| Account No. **xxxxxxx-xxxxxster** | | | | | | | |
| **Creditor #: 94**<br>**MSC Industrial Supply Co**<br>**20921 Lahser Rd**<br>**Southfield, MI 48033** | | J | | | | | 306.60 |

Sheet no. __**18**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          362,211.06

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Paul Koper,**
      **Roseanna Mary Koper**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Paymaster** | | | | | | | |
| **Creditor #: 95**<br>**Murphy Machine Products**<br>**935 N Lively Blvd**<br>**Wood Dale, IL 60191** | | J | | | | | 2,703.64 |
| Account No. **xxxxx7081** | | | Opened 12/01/11<br>FactoringCompanyAccount Bon Ton/Elder Beerma | | | | |
| **Creditor #: 96**<br>**National Credit Adjust**<br>**Po Box 3023**<br>**Hutchinson, KS 67504** | | J | | | | | 445.00 |
| Account No. **xxxxxxxxxxxxxxx7081** | | | | | | | |
| **Creditor #: 97**<br>**National Credit Ajusters**<br>**631 N. stephanie St**<br>**Henderson, NV 89014** | | J | | | | | 432.29 |
| Account No. **xxxxx7081** | | | Opened 8/18/86 Last Active 3/06/11<br>ChargeAccount | | | | |
| **Creditor #: 98**<br>**Nbgl Carsons**<br>**PO Box 5253**<br>**Carol Stream, IL 60197** | | J | | | | | 0.00 |
| Account No. **xxxxxx- xxdman** | | | | | | | |
| **Creditor #: 99**<br>**Newark**<br>**4801 N Ravenswood Ave**<br>**Chicago, IL 60640** | | J | | | | | 686.21 |

Sheet no. __19__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,267.14

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert Paul Koper,**
      **Roseanna Mary Koper**

Case No. _____

_____,
                     Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-xx-xxxx x-xxxxxster** | | | | | | | |
| **Creditor #: 100** **Nicor Gas** **PO Box 0632** **Aurora, IL 60507** | | J | | | | | 2,102.07 |
| Account No. **xx-xx-xx-xxxx x= xxdman** | | | | | | | |
| **Creditor #: 101** **Nicor Gas** **PO Box 0632** **Aurora, IL 60507** | | J | | | | | 4,298.02 |
| Account No. **xxxxxx- xxdman** | | | | | | | |
| **Creditor #: 102** **OCE Bruning, Inc** **1800 Bruning Dr W** **Itasca, IL 60143** | | J | | | | | 1,740.16 |
| Account No. **xxxx-xxxx-xxxx-4290** | | | Credit Card | | | | |
| **Creditor #: 103** **One Card Visa** **PO Box 3696** **Omaha, NE 68103-0696** | | W | | | | | 9,486.37 |
| Account No. **xxxxxxx- xxxxxster** | | | | | | | |
| **Creditor #: 104** **Paetec/Windstream** **PO Box 3177** **Cedar Rapids, IA 52406** | | J | | | | | 1,884.97 |

Sheet no. __20__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,511.59

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Paul Koper,**
       **Roseanna Mary Koper**
                                                                    Case No. _____
_____,
                                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Creditor #: 105** <br>**Paystation Inc** <br>**4-6345 Dixie Road** <br>**Mississauga, ON** | | J | | | | | | 2,182.98 |
| Account No. **xxxx2708** <br><br>**Creditor #: 106** <br>**Pitney Bowes Credit Corp** <br>**P.O. Box 5135** <br>**Shelton, CT 06484** | | J | | | | | | 57,023.40 |
| Account No. **Hedman** <br><br>**Creditor #: 107** <br>**Pitney Bowes Credit Corp** <br>**P. O. Box 5135** <br>**Shelton, CT 06484** | | J | | | | | | 8,919.75 |
| Account No. **Hedman** <br><br>**Creditor #: 108** <br>**Plasticrest Products Inc** <br>**4519 W. Harrison St** <br>**Chicago, IL 60624** | | J | | | | | | 835.95 |
| Account No. **xxDM10** <br><br>**Creditor #: 109** <br>**Polytronix, Inc** <br>**805 Alph Dr** <br>**Richardson, TX 75081** | | J | | | | | | 1,000.00 |

Sheet no. __21__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

69,962.08

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Paul Koper,**
**Roseanna Mary Koper**

Case No. _____

_____ ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx- xxxxxster** | | J | | | | | |
| **Creditor #: 110** **Porte Brown LLC** **845 Oakton St** **Elk Grove Village, IL 60007** | | | | | | | 6,000.00 |
| Account No. **xxxxxxxxxxxx5133** | | W | Opened 12/01/11 FactoringCompanyAccount Citibank N.A. | | | | |
| **Creditor #: 111** **Portfolio Rc** **Attn: Bankruptcy** **Po Box 41067** **Norfolk, VA 23541** | | | | | | | 5,142.00 |
| Account No. **Hedman** | | J | | | | | |
| **Creditor #: 112** **Precision Handling Inc** **758 State Rd** **Westport, MA 02790** | | | | | | | 3,016.51 |
| Account No. **Paymaster** | | J | | | | | |
| **Creditor #: 113** **Prestige Threaded Products Co** **141 Tower Rd** **Willowbrook, IL 60527** | | | | | | | 8,494.18 |
| Account No. **xxDM10** | | J | | | | | |
| **Creditor #: 114** **Putman Precision Molding Inc** **11 Danco Rd** **Putnam, CT 06260** | | | | | | | 400.00 |

Sheet no. __22__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,052.69

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Paul Koper,**
       **Roseanna Mary Koper**

Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Hedman** | | | | | | | |
| **Creditor #: 115**<br>**QBM Maintenance**<br>**6626 W. Irving Park Rd**<br>**Chicago, IL 60634** | | J | | | | | 986.30 |
| Account No. **xxxxxxxxx-xxxxxster** | | | | | | | |
| **Creditor #: 116**<br>**Quill Corp**<br>**PO Box 94081**<br>**Palatine, IL 60094** | | J | | | | | 201.25 |
| Account No. **xxxx-xxxxxster** | | | | | | | |
| **Creditor #: 117**<br>**Randall Bearings, Inc**<br>**1046 Greenlawn Ave**<br>**Lima, OH 45806** | | J | | | | | 1,616.05 |
| Account No. **xxxxxxxx9718** | | | Opened 2/01/04 Last Active 4/01/04<br>CreditLineSecured | | | | |
| **Creditor #: 118**<br>**Rbc Bank**<br>**0009020112**<br>**1476 Hunter Hill Rd**<br>**Rocky Mount, NC 27804** | | J | | | | | **Unknown** |
| Account No. **Paymaster** | | | | | | | |
| **Creditor #: 119**<br>**Riordan Fulkerson Hupert & Coleman**<br>**30 N. LaSalle St**<br>**STE 2630**<br>**Chicago, IL 60602** | | J | | | | | 5,500.00 |

Sheet no. __**23**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,303.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert Paul Koper,**
         **Roseanna Mary Koper**
                                                                          Case No. _____
_____ ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Paymaster** | | | | | | | |
| **Creditor #: 120**<br>**Rochester Metal Products Corp**<br>**PO Box 488**<br>**616 Indiana Ave**<br>**Rochester, IN 46975** | | J | | | | | 6,556.00 |
| Account No. **xxxxxxx113-1** | | | 09/1/2001 | | | | |
| **Creditor #: 121**<br>**Sallie Mae**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773-9500** | | W | | | | | 91,639.00 |
| Account No. **xxxxxxxxxxxx5133** | | | Opened 10/01/73 Last Active 2/10/11<br>ChargeAccount | | | | |
| **Creditor #: 122**<br>**Sears/cbna**<br>**Po Box 6189**<br>**Sioux Falls, SD 57117** | | W | | | | | 5,142.00 |
| Account No. **xxxxx- xxxxxster** | | | | | | | |
| **Creditor #: 123**<br>**Sentry Security Inc**<br>**339 Egidi Dr**<br>**Wheeling, IL 60090** | | J | | | | | 102.00 |
| Account No. **xxxxxxxx- xxxxxster** | | | | | | | |
| **Creditor #: 124**<br>**Service Ins Agency**<br>**1655 Arlington Hts Rd**<br>**Arlington Heights, IL 60004** | | J | | | | | 3,154.94 |

Sheet no. __24__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **106,593.94**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert Paul Koper,**
        **Roseanna Mary Koper**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Hedman** <br><br> **Creditor #: 125** <br> **Seyfarth/Shaw** <br> **131 S. Dearborn St** <br> **STE 2400** <br> **Chicago, IL 60603** | | J | | | | | 3,849.82 |
| Account No. **Paymaster** <br><br> **Creditor #: 126** <br> **Shaw Gussis** <br> **321 N. Clark St** <br> **STE 800** <br> **Chicago, IL 60654** | | J | | | | | 5,000.00 |
| Account No. **Hedman** <br><br> **Creditor #: 127** <br> **Sloan Industries, Inc** <br> **1550 N. Michael Dr** <br> **Wood Dale, IL 60191** | | J | | | | | 4,665.87 |
| Account No. **Paymaster** <br><br> **Creditor #: 128** <br> **Standard Steel & Wire** <br> **2450 W. Hubbard** <br> **Chicago, IL 60612** | | J | | | | | 3,910.37 |
| Account No. **Hedman** <br><br> **Creditor #: 129** <br> **Stankraft** <br> **5500 W. Touhy** <br> **Skokie, IL 60077** | | J | | | | | 2,655.84 |

Sheet no. __25__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,081.90

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Paul Koper,**
       **Roseanna Mary Koper**

Case No. _____

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx-xxxxxster** | | | | | | | |
| **Creditor #: 130**<br>**Stanley Spring & Stamping Corp**<br>**5050 W. Foster Ave**<br>**Chicago, IL 60630** | | J | | | | | 1,638.51 |
| Account No. **xxxxxx-xxxxxster** | | | | | | | |
| **Creditor #: 131**<br>**Sterling Spring LLC**<br>**5432 W. 54th St**<br>**Chicago, IL** | | J | | | | | 565.50 |
| Account No. **xxxxxx-xxdman** | | | | | | | |
| **Creditor #: 132**<br>**Transpac**<br>**8484 Castaway Dr**<br>**Fort Collins, CO 80528** | | J | | | | | 3,900.00 |
| Account No. **Hedman** | | | | | | | |
| **Creditor #: 133**<br>**Underwriters Laboratories Inc**<br>**333 Pfingsten Rd**<br>**Northbrook, IL 60062** | | J | | | | | 5,357.00 |
| Account No. **xxx-xxx- xxxxxster** | | | | | | | |
| **Creditor #: 134**<br>**UPS**<br>**PO Box 505820**<br>**The Lakes, NV 88905** | | J | | | | | 1,374.06 |

Sheet no. __26__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,835.07

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert Paul Koper,**
      **Roseanna Mary Koper**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx-xxdman**<br><br>**Creditor #: 135**<br>**UPS**<br>**PO Box 650580**<br>**Dallas, TX 75265** | | J | | | | | 241.64 |
| Account No. **xxxxxx-xxdman**<br><br>**Creditor #: 136**<br>**UPS**<br>**PO Box 650580**<br>**Dallas, TX 75265** | | J | | | | | 2,151.25 |
| Account No. **xxxxxx-xxdman**<br><br>**Creditor #: 137**<br>**UPS Customhse Brokerage Inc**<br>**PO Box 34486**<br>**Louisville, KY 40232** | | J | | | | | 346.89 |
| Account No. **xxxxx1057**<br><br>**Creditor #: 138**<br>**US Dept of Education**<br>**Direct Loan Servicing Center**<br>**PO Box 5202**<br>**Greenville, TX 75403-5202** | | W | Student Loan Student Loan for Ryan | | | | 12,267.81 |
| Account No. **xxxxxxxxxx8686**<br><br>**Creditor #: 139**<br>**Us Dept Of Education**<br>**Attn: Borrowers Service Dept**<br>**Po Box 5609**<br>**Greenville, TX 75403** | | W | Opened  8/01/06 Last Active  9/14/12 Educational | | | | 9,646.00 |

Sheet no. __27__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,653.59

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Paul Koper,**
      **Roseanna Mary Koper**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx8586<br><br>**Creditor #: 140**<br>**Us Dept Of Education**<br>**Attn: Borrowers Service Dept**<br>**Po Box 5609**<br>**Greenville, TX 75403** | | W | **Opened 9/01/05 Last Active 9/14/12 Educational** | | | | 7,938.00 |
| Account No. xxxxx-xxxxx-xxxxxster<br><br>**Creditor #: 141**<br>**Village of Elk Grove**<br>**901 Wellington Ave**<br>**Elk Grove Village, IL 60007** | | J | | | | | 358.01 |
| Account No. xxxxx-xxxxx-xxdman<br><br>**Creditor #: 142**<br>**Village of Elk Grove**<br>**901 Wellington Ave**<br>**Elk Grove Village, IL 60007** | | J | | | | | 27.91 |
| Account No. xxxx0010<br><br>**Creditor #: 143**<br>**Widmer Time Recorder Co Inc**<br>**228 Park St**<br>**Hackensack, NJ 07602** | | J | | | | | 7,335.14 |
| Account No. xxxxx-xxdman<br><br>**Creditor #: 144**<br>**XO Communications**<br>**8851 Sandy Pkwy**<br>**Sandy, UT 84070** | | J | | | | | 796.57 |

Sheet no. __28__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,455.63

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Paul Koper,**
       **Roseanna Mary Koper**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Paymaster** | | | | | | | | |
| **Creditor #: 145** **XTEN** **9600 55th St** **Kenosha, WI 53144** | | J | | | | | | 22,724.34 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __29__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 22,724.34 |
| Total (Report on Summary of Schedules) | | 2,767,052.65 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re      **Robert Paul Koper,**                                                      Case No. _____
      **Roseanna Mary Koper**

_____,
                      Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                      Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Robert Paul Koper,**                                                          Case No. _____
         **Roseanna Mary Koper**
                                                                                    ,
                                            Debtors
# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                     Best Case Bankruptcy

**B6I (Official Form 6I) (12/07)**

In re   **Robert Paul Koper**
       **Roseanna Mary Koper**
_____   Case No. _____
                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $   0.00 | $   0.00 |
| 2. Estimate monthly overtime | $   0.00 | $   0.00 |
| 3. SUBTOTAL | $   0.00 | $   0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a.  Payroll taxes and social security | $   0.00 | $   0.00 |
|    b.  Insurance | $   0.00 | $   0.00 |
|    c.  Union dues | $   0.00 | $   0.00 |
|    d.  Other (Specify): | $   0.00 | $   0.00 |
| | $   0.00 | $   0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $   0.00 | $   0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $   0.00 | $   0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $   0.00 | $   0.00 |
| 8. Income from real property | $   0.00 | $   0.00 |
| 9. Interest and dividends | $   0.00 | $   0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $   0.00 | $   0.00 |
| 11. Social security or government assistance<br>(Specify):   **IL Dept of Employment Security** | $   1,681.33 | $   1,681.33 |
| | $   0.00 | $   0.00 |
| 12. Pension or retirement income | $   0.00 | $   0.00 |
| 13. Other monthly income<br>(Specify): | $   0.00 | $   0.00 |
| | $   0.00 | $   0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $   1,681.33 | $   1,681.33 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $   1,681.33 | $   1,681.33 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $   3,362.66 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Robert Paul Koper**
**Roseanna Mary Koper**                                    Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,854.25 |
|    a. Are real estate taxes included?    Yes **X**    No ___ | | |
|    b. Is property insurance included?    Yes ___    No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 130.00 |
|                  b. Water and sewer | $ | 62.00 |
|                  c. Telephone | $ | 90.00 |
|                  d. Other  **See Detailed Expense Attachment** | $ | 379.34 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 25.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 340.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                  a. Homeowner's or renter's | $ | 112.67 |
|                  b. Life | $ | 0.00 |
|                  c. Health | $ | 0.00 |
|                  d. Auto | $ | 57.69 |
|                  e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|       (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                  a. Auto | $ | 304.43 |
|                  b. Other  **CitiMortgage    2nd Mortgage** | $ | 667.43 |
|                  c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **Sallie Mae Student Loan** | $ | 542.23 |
|      Other  **US Dept of Education Loan** | $ | 283.28 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,698.32 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.    Average monthly income from Line 15 of Schedule I | $ | 3,362.66 |
| b.    Average monthly expenses from Line 18 above | $ | 6,698.32 |
| c.    Monthly net income (a. minus b.) | $ | -3,335.66 |

**B6J (Official Form 6J) (12/07)**

In re   **Robert Paul Koper**
      **Roseanna Mary Koper**                         Case No.                
Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| Water Softener | $ | 15.00 |
| Nicor Gas | $ | 125.00 |
| Comcast Cable | $ | 217.00 |
| Garbage | $ | 22.34 |
| **Total Other Utility Expenditures** | $ | 379.34 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Robert Paul Koper**
      **Roseanna Mary Koper**

Case No. _____

                Debtor(s)     Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **45**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November 14, 2012**         Signature    **/s/ Robert Paul Koper**

                                                   **Robert Paul Koper**
                                                   Debtor

Date   **November 14, 2012**         Signature    **/s/ Roseanna Mary Koper**

                                                   **Roseanna Mary Koper**
                                                   Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Robert Paul Koper
Roseanna Mary Koper

Case No.

Debtor(s)

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $98,341.20 | **2010 MR. Paymaster Technologies, Inc. weekly salary** |
| $21,933.60 | **2011 MR. Paymaster Technologies, Inc. 2011 Employment** |
| $0.00 | **2012 MR. Husband Paymaster Technologies, Inc. Employment** |
| $44,226.00 | **2010 MRS. Paymaster Technologies, Inc. Employment** |
| $10,206.00 | **2011 MRS. Paymaster Technologies, Inc. weekly salary for accounting work** |
| $0.00 | **2012 MRS. Paymaster Technologies, Inc. Manufacturing Business** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $12,540.00 | 2012 Husband IL Dept of Employment Security |
| $12,804.00 | 2011 Husband IL Dept of Employment Security |
| $12,540.00 | 2012 Wife IL Dept of Employment Security |
| $12,804.00 | 2011 Wife IL Dept of Employment Security |

**3. Payments to creditors**

None ☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Ally Financial**<br>PO Box 380901<br>**Bloomington, MN 55438** | 6/6/12, 7/11/12, 7/20/12,<br>8/22/12 | $893.30 | $3,900.00 |
| **US Dept of Education**<br>**Direct Loan Servicing Center**<br>PO Box 5202<br>**Greenville, TX 75403-5202** | 7/5/12  8/10/12  9/8/12 | $849.84 | $119,000.00 |

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
☐    this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses
     whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **11 M1 181990** | **Credit Card Debt** | **Circuit Court of cook County First Municipal District** | **Judgement Entered** |
| **11 M1 156759** | **Business Debt** | **Circuit Court of Cook County** | **Judgement Entered** |
| **12-AR-351** | **Credit Card Debt** | **Circuit Court of 18th District Dupage County, Illinois** | **Pending** |
| **11L8526** | **Business Debt** | **Circuit Court of Cook County, Illinois County Dept, Law Division** | **Judgement Entered** |
| **12L12708** | **Business Debt** | **Circuit Court of Cook County** | **Pending** |
| **11AR 02902** | **Consumer Lending** | **Circuit Court of Dupage County, Illinois 18th Judicial Circuit** | **Judgement Entered** |
| **2012SR001918 - Cap One vs. Robert P. Koper** | **Credit card debt** | **Small Claims Court State of Illinois  Circuit Court of the Eighteenth Judicial Circuit  DuPage County** | **Pending** |
| **10-CH-26488** | **Foreclosure** | **Circuit Court of Cook County Chancery Division** | **Pending** |
| **2011-CH-005659** | **Foreclosure** | **Circuit Court of 18th Judicial Circuit County of Dupage, State of ILL** | **Pending** |
| **2012AR002293** | **Credit Card debt** | **Eighteenth Judical Circuit, County of Dupage, Wheaton, IL** | **Pending Answer to Summons** |

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■    preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
     property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
     filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■    returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
     or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
     spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■    this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
     joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **A Joseph Field & Associates**<br>**4425 S. Harlem Ave**<br>**Stickney, IL 60402** | | **$5000.00** |

### 10. Other transfers

None
☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Frank Sacco/Hedman**<br>**636 S. Peebles Road**<br>**Palatine, IL 60067**<br>  **Business Associate** | **June 2011** | **Machinery and Accounts valued at $450,000.00 Receipt pending.** |

None
■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

8

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                    ADDRESS                                    DATE OF WITHDRAWAL

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                        TITLE                                    DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                           DATE AND PURPOSE                         AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                  OF WITHDRAWAL                            OR DESCRIPTION AND
                                                                                 VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                  TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **November 14, 2012**                Signature   **/s/ Robert Paul Koper**
                                                        **Robert Paul Koper**
                                                        Debtor

Date  **November 14, 2012**                Signature   **/s/ Roseanna Mary Koper**
                                                        **Roseanna Mary Koper**
                                                        Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Robert Paul Koper**
      **Roseanna Mary Koper**
                                      Debtor(s)

Case No. _____

Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:**<br>**Ally Financial** | **Describe Property Securing Debt:**<br>**Auto: 2007 Chevrolet Impala**<br>**Location: 403 Belmont Lane Bartlett, IL 60103** |
|---|---|

Property will be (check one):
- ☐ Surrendered           ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          ☐ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:**<br>**American Home Mtg Srv** | **Describe Property Securing Debt:**<br>**ConventionalRealEstateMortgage** |
|---|---|

Property will be (check one):
- ■ Surrendered           ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Citimortgage Inc** | **Describe Property Securing Debt:**<br>**RealEstateMortgageWithoutOtherCollateral 2nd** |

Property will be (check one):
■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**First Midwest Bk & Bayview Servicer** | **Describe Property Securing Debt:**<br>**Warehouse/Assembly** |

Property will be (check one):
■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **November 14, 2012** _____          Signature   ***/s/ Robert Paul Koper*** _____
                                                                      **Robert Paul Koper**
                                                                      Debtor

Date   **November 14, 2012** _____          Signature   ***/s/ Roseanna Mary Koper*** _____
                                                                      **Roseanna Mary Koper**
                                                                      Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re **Robert Paul Koper**
**Roseanna Mary Koper**

Case No. _____

Debtor(s)

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **November 14, 2012**

**/s/ A Joseph Field**
**A Joseph Field 0793442**
**A Joseph Field & Associates**
**4425 S. Harlem Ave**
**Stickney, IL 60402**
**708-749-2668  Fax: 708-749-7688**
**ajosephfield@aol.com**

---

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Robert Paul Koper**
      **Roseanna Mary Koper**
                     Debtor(s)

Case No.

Chapter   **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Robert Paul Koper**
**Roseanna Mary Koper**
Printed Name(s) of Debtor(s)

Case No. (if known)

X   **/s/ Robert Paul Koper**       **November 14, 2012**
     Signature of Debtor                Date

X   **/s/ Roseanna Mary Koper**     **November 14, 2012**
     Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Robert Paul Koper**
**Roseanna Mary Koper**

Case No. _____

Debtor(s)

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **162**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **November 14, 2012**

**/s/ Robert Paul Koper**
**Robert Paul Koper**
Signature of Debtor

Date:   **November 14, 2012**

**/s/ Roseanna Mary Koper**
**Roseanna Mary Koper**
Signature of Debtor

.

ADT Security Systems
PO Box 96175
Las Vegas, NV 89193


Advance Screw Products
5160 W. Homer St.
Chicago, IL 60639-4417


Advanta Bk
Welsh and McKean Roads
Po Box 844
Spring House, PA 19477


Advanta Business Card
PO Box 30715
Salt Lake City, UT 84130-0715


Alarm Detection Systems
1111 Church Road
Aurora, IL 60505


All Control
1644 Cambridge Dr
Elgin, IL 60123


Ally Financial
PO Box 380901
Bloomington, MN 55438


Ally Financial
200 Renaissance Ctr
Detroit, MI 48243


American Express
Suite 0002
Chicago, IL 60679-0002


American Express
Box 0001
Los Angeles, CA 90096-0001


American Express
American Express Special Research
Po Box 981540
El Paso, TX 79998

American Express
American Express Special Research
Po Box 981540
El Paso, TX 79998


American Home Mtg Srv
Ahmsi / Attention: Bankruptcy
Po Box 631730
Irving, TX 75063


Arc-Tronics, Inc
1150 Pagni Dr
Elk Grove Village, IL 60007


Armalas Sales, Inc
2600 S. 25th Ave
Ste N
Broadview, IL 60155


Atlantic Crd
Po Box 13386
Roanoke, VA 24033


ATT
PO Box 5080
Carol Stream, IL 60197


ATT
PO Box 5080
Carol Stream, IL 60197


ATT
PO Box 8100
Aurora, IL 60507


ATT GA
PO Box 105068
Atlanta, GA 30348


ATT IP Flex
PO Box 5019
Carol Stream, IL 60197

Automecha Manufacturing
48 S. Canal
Oxford, NY 13830

Autonamic Corporation
7806 Industrial Court
Spring Grove, IL 60081

Avaya Customer Care Ctr
14400 Hertz Quail Spring Pkwy
Oklahoma City, OK 73134

Avaya Financial Services
PO Box 550599
Jacksonville, FL 32255

Badger Precision Spring, Inc
PO Box 368
Genoa City, WI 53128

Bank of America
PO Box 851001
Dallas, TX 75285-1001

Bank Of America
Po Box 982235
El Paso, TX 79998

Bank Of America
Attn: Bankruptcy NC4-105-0314
Po Box 26012
Greensboro, NC 27410

Bank of America
PO Box 982235
El Paso, TX 79998

Bank Of America, N.a.
450 American St
Simi Valley, CA 93065

Bank of America, NA
PO Box 851001
Dallas, TX 75285-1001

Bearing Distributors, Inc
170 Elliott St
Hartford, CT 06114


BP
PO Box 15298
Wilmington, DE 19850-5298


Brady Stewart Studio
495 Highview Rd
Pittsburgh, PA 15228


Bridgestone Precision Mach Componen
41 E. Century Dr
Wheeling, IL 60090


Brown, Kaplan, & Liss, LLP
500 Davis St
Ste 502
Evanston, IL 60201


Buhrke Industries LLC
511 W. Algonquin Rd
Arlington Heights, IL 60005


Capital One Visa
PO Box 30285
Salt Lake City, UT 84130-0285


Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130


Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130


Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130

Carlton-Bates Company
1400 N. Michael Dr
Ste A
Wood Dale, IL 60191


Carson's HSBC Retail Services
PO Box 5893
Carol Stream, IL 60197-5893


Cavalry Portfolio Services LLC
PO Box 27288
Tempe, AZ 85285-7288


CCB Credit Services
5300 S 6th Street
Springfield, IL 62703-5184


CDS Office Technologies
PO Box 3566
Springfield, IL 62708


Chase
P.o. Box 15298
Wilmington, DE 19850


Chase Mht Bk
Attention: Bankruptcy
Po Box 15298
Wilmington, DE 19850


Chase Mht Bk
Attn: Bankruptcy
Po Box 15145
Wilmington, DE 19850


Chase- Bp
225 Chastain Meadows Court
Kennesaw, GA 30144


Chela/Sallie Mae
Attn: Claims Department
Po Box 9500
Wilkes-Barre, PA 18773

chgo Rivet & Machine Co
PO Box 3061
Naperville, IL 60566


CIT Tech & Finan Services, INC
21146 Network Place
Chicago, IL 60673


Citimortgage Inc
Po Box 9438,dept 0251
Gaithersburg, MD 20898


Com Ed
PO Box 6112
Chicago, IL 60668


Com ED
PO Box 6111
Carol Stream, IL 60197


Consolidated Electronic Wire
11044 King St
Franklin Park, IL 60131


David B. Markham
818 Casey Lane
Hampshire, IL 60140


Day International Inc
PO Box 338
Dayton, OH 45401


De Lage Landen Finan Services Inc
1111 Old Eagle School Rd
Wayne, PA 19087


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


DNW Enterprises, Inc
540 Frontage Rd
STE 2035
Winnetka, IL 60093

Drossler/Peters LLC
111 W. Washington St
Suite 1900
Chicago, IL 60602


Edmonds Inc
626 Executive Dr
Willowbrook, IL 60527


Elyse Sacco
636 S. Peebles Rd
Palatine, IL 60067


Ernst Reiner GMBH & CO
Postfach 1351
Furtwangen, Germany


Exxmblciti
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


Federal Express
PO Box 94515
Palatine, IL 60094


Federal Express
PO Box 94515
Palatine, IL 60094


FIA Visa Card Services
PO Box 982235
El Paso, TX 79998-2235


First Midwest Bk & Bayview Servicer
PO Box 740
Decatur, IL 62525


Frank Sacco
636 S. Peebles Rd
Palatine, IL 60067


Gates Washer & Mfg Co
5211 N. Otto Ave
Chicago, IL 60656

GECRB/ Proff Bureau of Maryland
PO Box 628
Elk Grove
Elk Grove, CA 95759


GEI Graphics
691 Country Club Dr
Bensenville, IL 60106


Gene G Gopon
30 Scott Loop
Highland Park, IL 60035


Gilbert Spring Corp
2301 N. Know Ave
Chicago, IL 60639


Glenwood Tool & Mold, Inc
1251 Humbracht Circle
Unit D
Bartlett, IL 60103


Groot Industries, Inc
PO Box 92317
Elk Grove Village, IL 60009


Hank Smith - Southern Heritage
4385 Ocoee
Cleveland, TN 37312


Hansen Corp
901 S. First St
Princeton, IN 47670


Harris Bank Mt Prospect Foreclosure
PO Box 2880
Chicago, IL 60690


Harris Bank Naples FL
777 S. Glagler Dr
Key West, FL 33041


Heavner, Scott,Beyers & Mihlar LLC
PO Box 740
Decatur, IL 62525

HSBC Mastercard
PO Box 80084
Salinas, CA 93912-0084


IL Dept of Revenue
Retailers Occupation Tax
Springfield, IL 62796-0001


International Spring Co
7901 N Nagle
Morton Grove, IL 60053


IRS
P.O. Box 9013
Holtsville, NY 11742


JC Penney/GE Money Bank
Attn: Bankruptcy Department
PO Box 103104
Roswell, GA 30076


Jet Finishers
75 Bond St
Elk Grove Village, IL 60007


Komar Screw Corp
7790 N. Merrimac
Niles, IL 60714


Konica Minolta bus Solutions
500 Day Hill Rd
Windsor, CT 06095


Law Ofice of Ira T Nevel
175 North Franklin St.
Suite 201
Chicago, IL 60606


LD Redmer Screw Products
515 Thomas Dr
Bensenville, IL 60106

Levy & Associates, LLC
Attorneys and Counselors at Law
4645 Executive Drive
Columbus, OH 43220


Logical Products, Inc
2383 N. Delany Rd
Waukegan, IL 60087


LW Tool & Screw Machine Products
2535 United Lane
Elk Grove Village, IL 60007


Martin Leasing
PO Box 13604
Philadelphia, PA 19101


McMaster Carr Supply Co
600 County Line Rd
Elmhurst, IL 60126


Mercantile Adjustment Bureau, LLC
PO Box 9016
Williamsville, NY 14231-9016


Merchant Services
6789 Quail Hill Pkwy
Irvine, CA 92603


Merrill Lynch Credit Corp
PO Box 5459
Mount Laurel, NJ 08054


Merrill Lynch Credit Corp
PO Box 5459
Mount Laurel, NJ 08054


Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123


Midland Funding LLC
8875 Aero Drive
Suite 200
San Diego, CA 92123

```
Mr.Hank Smith
4385 Ocoee
Confidential
Cleveland, TN 37312


MSC Industrial Supply Co
20921 Lahser Rd
Southfield, MI 48033


Murphy Machine Products
935 N Lively Blvd
Wood Dale, IL 60191


National Credit Adjust
Po Box 3023
Hutchinson, KS 67504


National Credit Adjusters
327 W. 4th Street
Hutchinson, KS 67504-3023


National Credit Ajusters
631 N. stephanie St
Henderson, NV 89014


Nbgl Carsons
PO Box 5253
Carol Stream, IL 60197


Newark
4801 N Ravenswood Ave
Chicago, IL 60640


Nicor Gas
PO Box 0632
Aurora, IL 60507


Nicor Gas
PO Box 0632
Aurora, IL 60507


OCE Bruning, Inc
1800 Bruning Dr W
Itasca, IL 60143
```

One Card Visa
PO Box 3696
Omaha, NE 68103-0696


Paetec/Windstream
PO Box 3177
Cedar Rapids, IA 52406


Paystation Inc
4-6345 Dixie Road
Mississauga, ON


Pitney Bowes Credit Corp
P.O. Box 5135
Shelton, CT 06484


Pitney Bowes Credit Corp
P. O. Box 5135
Shelton, CT 06484


Plasticrest Products Inc
4519 W. Harrison St
Chicago, IL 60624


Polytronix, Inc
805 Alph Dr
Richardson, TX 75081


Porte Brown LLC
845 Oakton St
Elk Grove Village, IL 60007


Portfolio Rc
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541


Precision Handling Inc
758 State Rd
Westport, MA 02790


Prestige Threaded Products Co
141 Tower Rd
Willowbrook, IL 60527

Putman Precision Molding Inc
11 Danco Rd
Putnam, CT 06260


QBM Maintenance
6626 W. Irving Park Rd
Chicago, IL 60634


Quill Corp
PO Box 94081
Palatine, IL 60094


Randall Bearings, Inc
1046 Greenlawn Ave
Lima, OH 45806


Rbc Bank
0009020112
1476 Hunter Hill Rd
Rocky Mount, NC 27804


Riordan Fulkerson Hupert & Coleman
30 N. LaSalle St
STE 2630
Chicago, IL 60602


Rochester Metal Products Corp
PO Box 488
616 Indiana Ave
Rochester, IN 46975


Sallie Mae
PO Box 9500
Wilkes-Barre, PA 18773-9500


Sears/cbna
Po Box 6189
Sioux Falls, SD 57117


Sentry Security Inc
339 Egidi Dr
Wheeling, IL 60090

Service Ins Agency
1655 Arlington Hts Rd
Arlington Heights, IL 60004


Seyfarth/Shaw
131 S. Dearborn St
STE 2400
Chicago, IL 60603


Shaw Gussis
321 N. Clark St
STE 800
Chicago, IL 60654


Sloan Industries, Inc
1550 N. Michael Dr
Wood Dale, IL 60191


Standard Steel & Wire
2450 W. Hubbard
Chicago, IL 60612


Stankraft
5500 W. Touhy
Skokie, IL 60077


Stanley Spring & Stamping Corp
5050 W. Foster Ave
Chicago, IL 60630


Sterling Spring LLC
5432 W. 54th St
Chicago, IL


Teller, Levit, Silvertrust, P. C.
19 S. LaSalle St
Suite 701
Chicago, IL 60603


Transpac
8484 Castaway Dr
Fort Collins, CO 80528

Underwriters Laboratories Inc
333 Pfingsten Rd
Northbrook, IL 60062


UPS
PO Box 505820
The Lakes, NV 88905


UPS
PO Box 650580
Dallas, TX 75265


UPS
PO Box 650580
Dallas, TX 75265


UPS Customhse Brokerage Inc
PO Box 34486
Louisville, KY 40232


US Dept of Education
Direct Loan Servicing Center
PO Box 5202
Greenville, TX 75403-5202


Us Dept Of Education
Attn: Borrowers Service Dept
Po Box 5609
Greenville, TX 75403


Us Dept Of Education
Attn: Borrowers Service Dept
Po Box 5609
Greenville, TX 75403


Viking Collection Service Inc
7500 Office Ridge Circle
Eden Prairie, MN 55344-3678


Village of Elk Grove
901 Wellington Ave
Elk Grove Village, IL 60007

Village of Elk Grove
901 Wellington Ave
Elk Grove Village, IL 60007


Widmer Time Recorder Co Inc
228 Park St
Hackensack, NJ 07602


XO Communications
8851 Sandy Pkwy
Sandy, UT 84070


XTEN
9600 55th St
Kenosha, WI 53144